SVR:OAGAL4AVRFAX/4 * DNIS:9111 * CSID:45th District Court * DURATION (mm-ss):00-34

ACCEPTED
04-15-00042-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 11:13:23 AM
KEITH HOTTLE
CLERK

2011CI04447 -D166

**CAUSE NO. 2011-CI-04447**

| | | |
|---|---|---|
| AMY W. ROCKWOOD, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SERVICES, | § | |
| Defendant. | § | 166TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/30/2015 11:13:23 AM
KEITH E. HOTTLE
Clerk

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLEA TO THE JURISDICTION

Before the Court is Defendant's Motion for Summary Judgment and Plea to the Jurisdiction. Having considered the motion and the responses thereto, the Court finds the motion ~~to be meritorious~~ *should be denied*. Accordingly, it is ORDERED, that Defendant's Motion for Summary Judgment and Plea to the Jurisdiction is ~~GRANTED~~. ~~Plaintiff's claims are hereby dismissed with prejudice.~~ DENIED.

Signed and entered on this the ___13___ day of ___Jan___, 2015.

_Stephani A. Walsh_
JUDGE PRESIDING